UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

JAN 1 4 2014

In Re: )
)
Jose J. Ulloa ) Case No. 07-50145
)
)
Debtor(s) )
_____ )

### Application for Payment of Unclaimed Funds

1. Alliance Research & Recovery, Inc., attorney-in-fact for Jose J. Ulloa hereby petitions the Court for $935.35, which is the sum of all monies being held on deposit in the Registry of the United States Bankruptcy Court, as unclaimed funds, which are due to Jose J. Ulloa.

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issue based upon the following: Applicant is the attorney-in-fact for the debtors named in paragraph 1, with authority to receive such funds, or who is authorized by the attached original Power of Attorney to file this application on behalf of the debtors.

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: January 9, 2014

Brian Kornreich
Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078
Telephone: (973) 422-0225

State of NJ
County of Essex

Before me on January 9, 2014, Brian Kornreich personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: Brittany Farinas

My Commission Expires: 3/22/17

NOTARY SEAL
BRITTANY FARINAS
Notary Public
State of New Jersey
My Commission Expires Mar 22, 2017

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

U.S. Attorney
1000 Louisiana Street, Suite 2300
Houston, TX 77002

U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002

Dated: January 9, 2014

_____
Claimant's Signature