

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ENTERED
01/16/2014

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 07-50145 |
| JOSE JAIME ULLOA | § | CHAPTER 13 |
| | § | |
| Debtor(s). | § | DAVID R. JONES |

### ORDER
(Docket No. 52)

The Court has reviewed the Motion to Pay Unclaimed Funds filed by Alliance Research & Recovery, Inc. The motion does not contain sufficient documentation. Accordingly, it is

**ORDERED THAT**:

1. The Motion to Pay Unclaimed Funds filed by Alliance Research & Recovery, Inc. is denied without prejudice.

**SIGNED: January 16, 2014.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE