United States District Court
Southern District of Texas
FILED

FEB 10 2014

David J. Bradley, Clerk of Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: §
§ Case No. 07-50145
Jose J. Ulloa §
§
Debtor(s) §
§

## Application for Payment of Unclaimed Funds

1. Alliance Research & Recovery, Inc., attorney-in-fact for Jose J. Ulloa hereby petitions the Court for $935.35, which is the sum of all monies being held on deposit in the Registry of the United States Bankruptcy Court, as unclaimed funds, which are due to Jose J. Ulloa.

2. Applicant is entitled to receive the requested funds, has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding the funds at issue based on the following: Applicant is the attorney-in-fact for the debtor named in paragraph 1, with authority to receive such funds, or is authorized by the attached original Power of Attorney to file this application on behalf of the debtor.

3. I understand that pursuant to 18 U.S.C. § 152, I could be fined no more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document or accompanying supporting documents. I further understand that any indications of fraud detected by the Court will be turned over to the U.S. Attorney for possible prosecution.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing statements and information are true and correct.

Dated: February 1, 2014

Brian Kornreich
Alliance Research & Recovery, Inc.
784 Morris Turnpike, Suite 104
Short Hills, NJ 07078
Telephone: (973) 422-0225

State of New Jersey
County of Morris

Before me on Feb 1st, 2014, Brian Kornreich personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: Sandra Pando

My Commission Expires: Nov 13, 2018

NOTARY SEAL

SANDRA PANDO
Notary Public
State of New Jersey
...res Nov 13, 2018

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required attachments was mailed to:

U.S. Attorney
P.O. Box 61129
Houston, TX 77208

U.S. Trustee
515 Rusk Avenue, Suite 3516
Houston, TX 77002

Dated: February 4, 2014

_____
Claimant's Signature

## Experian Credit Header

**Source Information**

| | |
|---|---|
| Information Current Through: | 10/01/2013 |
| Database Last Updated: | 12/12/2013 |
| Update Frequency: | MONTHLY |
| Current Date: | 12/27/2013 |
| Source: | EXPERIAN CREDIT HEADER |

**Individual Information**

| | |
|---|---|
| Name: | ULLOA, JOSE J |
| AKA(S): | ULLOA, JOSE<br>ULLOA, JAIME<br>ULLOA, JAMIE |
| Other Name: | OFELIA |
| SSN: | 634-38-XXXX |
| Additional SSN(s): | 634-38-XXXX |
| Date of Birth: | 03/1961 |
| Gender: | MALE |

**Last Known Address Information**

| | |
|---|---|
| Address: | 2270 GENEVA ST<br>AURORA, CO 80010-1212<br>04/25/2012 |

**Other Address Information**

| | |
|---|---|
| Previous Address: | 1795 XENIA ST<br>DENVER, CO 80220-2241 |
| Address First Reported: | 09/23/2008 |
| Address Last Reported: | 07/07/2011 |
| Previous Address: | 110 PALENCIA AVE<br>LAREDO, TX 78046-7455 |
| Address First Reported: | 01/22/1998 |
| Address Last Reported: | 05/20/2007 |
| Previous Address: | 5316 SALAMANCA AVE<br>LAREDO, TX 78046-8629 |
| Address First Reported: | 06/16/2006 |
| Address Last Reported: | 06/16/2006 |
| Previous Address: | 110 VALENCIA CORD<br>LAREDO, TX 78046 |
| Address First Reported: | 03/10/2002 |
| Address Last Reported: | 04/05/2002 |

[handwritten annotation near Palencia entry: "Common Address"]

# ALLIANCE RESEARCH & RECOVERY, INC.

784 Morris Turnpike, Suite 104 • Short Hills, New Jersey 07078
Phone 973.422.0225 • Facsimile 973.422.0445
Email: bkornreich@alliancerecoveries.com

February 4, 2014

**VIA FIRST CLASS MAIL**
United States District Court
P.O. Box 61010
Houston, TX 77208

Re: <u>Application for Payment of Unclaimed Funds</u>

Dear Sir or Madam,

Attached please find the application to the U.S. Bankruptcy Court, Southern District of Texas for the release of the unclaimed monies due to Jose J. Ulloa in the aggregate amount of $935.35 in connection with the bankruptcy proceedings under the Case No. 07-50145.

If you have any questions or require any further information, please contact me at (973) 422-0225.

Thank you for your assistance with this matter.

Very truly yours,

Brian Kornreich
Managing Director